```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 28227
   CAROLYN L STEELS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3698


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 07/15/2005 and was confirmed 10/27/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 08/13/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   UNSECURED          1140.70            .00            .00
AMERICAN GENERAL FINANCE   UNSECURED          2189.47            .00            .00
GENERAL MOTORS ACCEPTANC   SECURED           29000.00        3867.72        9877.78
GENERAL MOTORS ACCEPTANC   UNSECURED         11540.16            .00            .00
GREAT AMERICAN FINANCE     SECURED            1140.70         127.25         404.09
GREAT AMERICAN FINANCE     UNSECURED        NOT FILED            .00            .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG         .00            .00            .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE      791.74            .00         791.74
WILSHIRE CREDIT CORPORAT   CURRENT MORTG         .00            .00            .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE      719.90            .00         304.36
RESURGENT CAPITAL SERVIC   UNSECURED          586.85            .00            .00
CAPITAL ONE                UNSECURED          371.88            .00            .00
CAPITAL ONE                UNSECURED          418.35            .00            .00
CAPITAL ONE                UNSECURED          689.84            .00            .00
ONE IRON VENTURE           UNSECURED        NOT FILED            .00            .00
PAYDAY LOAN STORES OF IL   UNSECURED        NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         3157.07            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         7799.96            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          251.55            .00            .00
TARGET NATIONAL BANK       UNSECURED          283.41            .00            .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT      194.00            .00         194.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                        1,069.64
DEBTOR REFUND              REFUND                                           700.09

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              20,036.67

PRIORITY                                     194.00

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 28227 CAROLYN L STEELS
```

```
SECURED                                           11,377.97
    INTEREST                                       3,994.97
UNSECURED                                               .00
ADMINISTRATIVE                                     2,700.00
TRUSTEE COMPENSATION                               1,069.64
DEBTOR REFUND                                        700.09
                             ---------------    ---------------
TOTALS                            20,036.67           20,036.67
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/28/07                  /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE


                         PAGE   2
         CASE NO. 05 B 28227 CAROLYN L STEELS